

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2014

No. 04-13-00293-CV

**IN THE INTEREST OF N.J.D.,** a Child

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-356
Honorable M. Rex Emerson, Judge Presiding

**ORDER**

In accordance with this court's opinion issued this date, this appeal is DISMISSED as MOOT. All pending motions filed by appellants are likewise denied as moot.

It is so **ORDERED** on February 12, 2014.

_____
Rebecca Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 102th day of February, 2014.

_____
Keith E. Hottle, Clerk